*Leon H. Murray* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp* and *Edward T. Perry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and DESMOND, JJ. Dissenting: THACHER, J. Taking no part: DYE and FULD, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property of and Rehabilitate the WESTCHESTER TITLE AND TRUST COMPANY.

In the Matter of a PLAN OF READJUSTMENT OF THE RIGHTS OF THE HOLDERS OF INVESTMENTS IN MORTGAGES GUARANTEED BY SAID COMPANY. (Series 89-B.)

ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of the WESTCHESTER TITLE AND TRUST COMPANY, Appellant; OLIVER W. BIRCKHEAD et al., as Successor Trustees, Respondents.

*Argued June 3, 1946; decided July 23, 1946.*

*Joseph W. Bryan* and *Thomas D. Austin* for appellant.
*Oliver K. King* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

MOHAWK CARPET MILLS, INC., Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 25201.)

Argued June 4, 1946; decided July 23, 1946.